ACCEPTED
03-15-00408-CV
6363165
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 11:08:00 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00408-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 11:08:00 AM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS OF TEXAS
# THIRD DISTRICT, AT AUSTIN

## ALAN B. RICH d/b/a LAW OFFICE OF ALAN B. RICH,

*Appellant*,

vs.

## CANTILLO & BENNETT, L.L.P., SPECIAL DEPUTY RECEIVER OF SANTA FE AUTO INSURANCE COMPANY, INC.,

*Appellee.*

Appeal from the 98th Judicial District Court of Travis County, Texas
Hon. Amy Clark Meachum, 201st District Court, Presiding
Trial Court Cause No. D-1-GN-15-000799

## APPELLANT'S MOTION FOR A 1-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

Alan B. Rich
State Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
214.744.5100
214.744.5101 [fax]
arich@alanrichlaw.com

LEAD COUNSEL FOR APPELLANT

TO THE HONORABLE COURT OF APPEALS:

The Appellant hereby moves for a 1-day extension of time to file his opening Brief, and would show as follows:

1. The Appellant's opening brief was due on July 29, 2015. This Motion seeks a 1-day extension of the deadline so that the brief would now be due on <u>July 30, 2015</u>.

2. A 1-day extension is needed because the Appellant mistakenly calculated and calendared the due date of the brief as July 30 instead of July 29.

3. This is the Appellants' first and only motion for extension to file his opening brief, and this extension is not opposed by the Appellee.

WHEREFORE, the Appellant respectfully prays that this motion for extension be granted and that he receives and all other and further relief to which he is entitled.

Respectfully submitted,

/s/ Alan B. Rich

_____
Alan B. Rich
State Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
214.744.5100
214.744.5101 [Fax]
arich@alanrichlaw.com

COUNSEL FOR THE APPELLANT

-1-

## Certificate of Conference

I certify that on the 5th day of August, I conferred with Appellee's counsel regarding this motion and that the Appellee is not opposed to the relief sought.

/s/ Alan B. Rich

Alan B. Rich

## Certificate of Service

The undersigned certifies that on August 5, 2015, a copy of this brief were served on the Attorneys for the Appellee through the court's electronic filing system as follows:

Fuller Law Group
Christopher Fuller
State Bar No. 07515500
4612 Ridge Oak Drive
Austin, Texas 78731
Telephone: (512) 470-9544
Email: cfuller@fullerlaw.org

/s/ Alan B. Rich

Alan B. Rich